No. 96–7588. ACKLEN v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 96–7591. FOSTER v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 96–686. AMOCO ENERGY TRADING CORP. ET AL. v. FEDERAL ENERGY REGULATORY COMMISSION ET AL. C. A. D. C. Cir. Certiorari denied. JUSTICE O'CONNOR and JUSTICE BREYER took no part in the consideration or decision of this petition.

No. 96–763. WOOD, SUPERINTENDENT, WASHINGTON STATE PENITENTIARY v. RUPE. C. A. 9th Cir. Motion of Criminal Justice Legal Foundation for leave to file a brief as amicus curiae granted. Motion of respondent for leave to proceed in forma pauperis granted. Certiorari denied.

No. 96–775. TRAIL MOUNTAIN COAL CO. v. UTAH DIVISION OF STATE LANDS AND FORESTRY ET AL. Sup. Ct. Utah. Motion of National Mining Association for leave to file a brief as amicus curiae granted. Certiorari denied.

No. 96–891. JORDAN v. KENTON COUNTY BOARD OF EDUCATION ET AL. C. A. 6th Cir. Motion of petitioner for leave to proceed as a veteran granted. Certiorari denied.

No. 96–911. LEWIS, FORMER DIRECTOR, ARIZONA DEPARTMENT OF CORRECTIONS v. HANLON. C. A. 9th Cir. Motion of respondent for leave to proceed in forma pauperis granted. Certiorari denied.

No. 96–958. SINGLETARY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS v. GWONG. Sup. Ct. Fla. Motion of respondent for leave to proceed in forma pauperis granted. Certiorari denied.

No. 96–1065. STANTON v. DISTRICT OF COLUMBIA COURT OF APPEALS. C. A. D. C. Cir. Certiorari before judgment denied.

No. 96–1091. SAUNDERS v. UNITED STATES ET AL. C. A. D. C. Cir. Certiorari before judgment denied.